IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO:  3:08-CR-300-L |
| | § | |
| JULIO MENDOZA-HERRERA | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Notice Regarding Entry of a Plea

of Guilty, the Consent of the defendant, and the Report and Recommendation Concerning Plea of

Guilty of the United States Magistrate Judge ("Report"), and no objections thereto having been filed

within ten days of service in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge

determines that the Report of the Magistrate Judge concerning the Plea of Guilty should be accepted.

Based upon the Report of the Magistrate Judge, the court finds that the defendant is fully competent

and capable of entering an informed plea, that he is aware of the nature of the charge and the

consequences of the plea, and that his  plea of guilty is a knowing and voluntary plea, supported by

an independent basis in fact, containing each of the essential elements of the offense.  Accordingly,

the court **accepts** the plea of guilty entered by Defendant Julio Mendoza-Herrera on March 10, 2009,

and he is hereby adjudged **guilty** of the offense charged in counts one and two of the Indictment,

which is a violation of 18 U.S.C. § 1546(a), namely, Fraud and Misuse of Visas, Permits and Other

Documents.  Sentence will be imposed in accordance with the court's scheduling order.

**It is so ordered** this 26th day of March, 2009.


Sam A. Lindsay
United States District Judge